EXHIBIT J



## 23. Agreement to Arbitrate Disputes

**PLEASE READ THIS SECTION CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT AND TO HAVE A JURY HEAR YOUR CLAIMS. It contains procedures for MANDATORY BINDING ARBITRATION AND A CLASS ACTION WAIVER.**

IF YOU ARE A U.S. RESIDENT, YOU ALSO AGREE TO THE FOLLOWING MANDATORY ARBITRATION PROVISIONS:

***WE BOTH AGREE TO ARBITRATE:*** You and Sephora agree to resolve any claims relating to these Terms through final and binding arbitration, except that, to the extent you have in any manner violated or threatened to violate Sephora's intellectual property rights (for example, trademark, trade secret, copyright, or patent rights). Under such circumstances Sephora may bring a lawsuit solely for injunctive relief to stop unauthorized use or abuse of the Site, or intellectual property infringement (for example, trademark, trade secret, copyright, or patent rights) without first engaging in arbitration or the informal dispute-resolution process described above.

***WHAT IS ARBITRATION:*** Arbitration is more informal than a lawsuit in court and seeks to resolve disputes more quickly. Instead of a judge or a jury, the case will be decided by a neutral arbitrator who has the power to award the same damages and relief that a court can. If any provision of this arbitration agreement is found unenforceable, the unenforceable provision shall be severed, and the remaining arbitration terms shall be enforced.

***ARBITRATION PROCEDURES:*** The Federal Arbitration Act governs the interpretation and enforcement of this dispute resolution provision. Arbitration shall be initiated through JAMS. Any dispute, controversy, or claim arising out of or relating to these Terms shall be referred to and finally determined by arbitration in accordance with the JAMS Streamlined Arbitration Rules and





**ARBITRATION PROCEDURES:** The Federal Arbitration Act governs the interpretation and enforcement of this dispute resolution provision. Arbitration shall be initiated through JAMS. Any dispute, controversy, or claim arising out of or relating to these Terms shall be referred to and finally determined by arbitration in accordance with the JAMS Streamlined Arbitration Rules and Procedures. If there is a conflict between JAMS Rules and the rules set forth in this Agreement to Arbitrate, the rules set forth in this Agreement to Arbitrate will govern. The JAMS Rules and instructions for how to initiate an arbitration are available from JAMS at http://www.jamsadr.com or 1-800-352-5267. To initiate arbitration, you or Sephora must do the following things:

(1) Write a demand for Arbitration. The demand must include a description of the Claim and the amount of damages sought to be recovered. You can find a copy of a Demand for Arbitration at www.jamsadr.com.

(2) Send three copies of the Demand for Arbitration, plus the appropriate filing fee to your local JAMS office or to JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111.

(3) Send one copy of the Demand for Arbitration to the other party.

Payment of all filing, administration and arbitrator fees will be governed by the JAMS Rules, except that for claims of less than $1,000, you will be obligated to pay $25 and Sephora will pay all other administrative costs and fees. In addition, for claims of less than $1,000, Sephora will reimburse you for the $25 fee if the arbitrator rules in your favor. Arbitration under this agreement shall be held in the United States county where you live or work, California, or any other location we mutually agree to, subject to California law. The arbitration may award on an individual basis the same damages and relief as a court (including injunctive relief). Any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.

**AUTHORITY OF ARBITRATOR:** The arbitrator will decide the rights and liabilities, if any, of you and Sephora, and the dispute will not be consolidated



Beautiful
In or Register

HAPPENING IN STORE





***AUTHORITY OF ARBITRATOR:*** The arbitrator will decide the rights and liabilities, if any, of you and Sephora, and the dispute will not be consolidated with any other matters or joined with any other cases or parties. The arbitrator shall have the authority to grant motions dispositive of all or part of any claim. The arbitrator shall have the authority to award monetary damages and to grant any non-monetary remedy or relief available to an individual under applicable law, the Arbitration Rules, and the Terms. The arbitrator shall issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have. The award of the arbitrator is final and binding upon you and Sephora.

***NO CLASS ACTIONS:*** You may only resolve disputes with us on an individual basis, and may not bring a claim as a plaintiff or a class member in a class, consolidated, or representative action. Class arbitrations, class actions, private attorney general actions, and consolidation with other arbitrations are not allowed.

***WAIVER OF JURY TRIAL:*** THE PARTIES HEREBY WAIVE THEIR CONSTITUTIONAL AND STATUTORY RIGHTS TO GO TO COURT AND HAVE A TRIAL IN FRONT OF A JUDGE OR A JURY, instead electing that all claims and disputes shall be resolved by arbitration. Arbitration procedures are typically more limited, more efficient and less costly than rules applicable in court and are subject to very limited review by a court.

In the event any litigation should arise between you and Sephora in any state or federal court in a suit to vacate or enforce an arbitration award or otherwise, YOU AND SEPHORA WAIVE ALL RIGHTS TO A JURY TRIAL, instead electing that the dispute be resolved by a judge. YOU



FIND YC

GLOW RECIPE
BANANA SOUFFLÉ
MOISTURE CREAM
CALMING + HYDRATING

CRÈME HYDRATANTE

Combo ▶

***WAIVER OF JURY TRIAL:*** THE PARTIES HEREBY WAIVE THEIR CONSTITUTIONAL AND STATUTORY RIGHTS TO GO TO COURT AND HAVE A TRIAL IN FRONT OF A JUDGE OR A JURY, instead electing that all claims and disputes shall be resolved by arbitration. Arbitration procedures are typically more limited, more efficient and less costly than rules applicable in court and are subject to very limited review by a court.

In the event any litigation should arise between you and Sephora in any state or federal court in a suit to vacate or enforce an arbitration award or otherwise, YOU AND SEPHORA WAIVE ALL RIGHTS TO A JURY TRIAL, instead electing that the dispute be resolved by a judge. YOU ACKNOWLEDGE THAT YOU HAVE BEEN ADVISED THAT YOU MAY CONSULT WITH AN ATTORNEY IN DECIDING TO ACCEPT THIS AGREEMENT TO ARBITRATE.

***OPT-OUT OF AGREEMENT TO ARBITRATE:*** You can decline this agreement to arbitrate by emailing Sephora at arbitrationoptout@sephora.com and providing the requested information as follows: (1) Your Name; (2) the URL of Terms of Use and Agreement to Arbitrate Disputes; (3) Your Address; (4) Your Phone Number; (5) and clear statement that you wish to opt out of this arbitration provision in the Terms of Use. The Opt-Out Notice must be emailed no later than 30 days after the date you first accept the Terms of Use by using the website.

## 24. Choice of Law/Forum Selection

These Terms shall be governed by and construed in accordance with the laws of the State of California, excluding its conflict of law rules. For any action where the Arbitration Agreement permits the parties to litigate in court, you further expressly consent and agree to submit to the exclusive jurisdiction and venue of a court of competent jurisdiction located in San Francisco



URIZER

fresh
LOTUS
YOUTH PRESERVE
MOISTURIZER
WITH MULTI-ACTION SUPER LOTUS
50ml - 1.6fl oz
fresh

Normal ▶